# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SIERRA CLUB, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION 07-0216-WS-M |
| ) | |
| **DICK KEMPTHORNE, etc., et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

The defendants have filed motions for voluntary remand. (Docs. 98, 99). The parties have now filed a stipulation on the motions, agreeing to the granting of the motion subject to certain conditions set forth therein. (Doc. 103). Upon review of the foregoing, the motions for voluntary remand are **granted**, in accordance with the conditions set forth in the stipulation.

Other than with respect to the petition for attorney's fees and costs contemplated in paragraph 4 of the stipulation, this action is **stayed** pending the conclusion of the proceedings on remand. The federal defendants are **ordered** to file and serve a notice of issuance of any final decision as contemplated in paragraph 3 of the stipulation. The Court will lift the stay promptly upon receipt of this notice.

The preliminary injunction entered May 31, 2007, (Doc. 88), remains in full force and effect during the remand.

DONE and ORDERED this 3rd day of July, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE